STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

REHEARING ACTION: May 30, 2012

Docket Number: 11   01464-CA

CRYSTAL SMITH, ET AL.
VERSUS
CAPPAERT MANUFACTURED HOUSING, INC., ET AL.

Appealed from Avoyelles Parish Case No. 2005-7412-B

BEFORE JUDGES:

Hon. Oswald A. Decuir
Hon. Jimmie C. Peters
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gary and Barbara Thronson** has this day been

**DENIED.**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Cappaert Manufactured Housing, Inc.** has this day been

**DENIED.**

cc: S. Brooke Barnett, Counsel for the Appellant
    Walter Kay Jamison, III, Counsel for the Appellant
    Albert Dale Clary, Counsel for the Appellant
    Adrian G. Nadeau, Counsel for the Appellant
    Mark L. Barbre, Counsel for the Appellant
    Rodney Marchive Rabalais, Counsel for the Appellee
    Hon. Jerold Edward Knoll, Counsel for the Appellee
    Lawrence Lyle Parker, Counsel for the Appellee
    Eric John Miller, Counsel for the Appellee
    Suzanne Wright, Counsel for the Appellee
    James R. Sutterfield, Counsel for the Appellee
    Fred Andrew Pharis, Counsel for the Appellee